**William James MEADERS, Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY, Respondent—Appellee.**

No. 05–6067.

United States Court of Appeals, Fourth Circuit.

Submitted May 19, 2005.

Decided May 25, 2005.

William James Meaders, Appellant pro se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

William James Meaders, a federal prisoner, appeals the district court's order de-

nying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Meaders v. Stansberry,* No. CA–04–666–5 (E.D.N.C. Dec. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*